PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 320
Tempe, Arizona 85282-7190
Telephone: (480) 222-0291
email: pdk@pdklawfirm.com
Patricia Doyle-Kossick, 010217

Attorneys for Carvana, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

**In Re:**

**VINCENT NOEL BRENNAN AND ANGELA JEANETTE BRENNAN,**

**Debtors.**

**Proceedings In Chapter 13**

**No. 2:21-bk-07622 DPC**

**OBJECTION TO CHAPTER 13 PLAN**

Carvana, LLC, a secured creditor in the above captioned matter (hereinafter "Carvana"), by and through its attorneys, Patricia Doyle-Kossick, P.L.C., herewith submits its objection to the Chapter 13 Plan filed on October 8, 2021, on the grounds that it fails to meet the statutory requirements set out in §1325 of the United States Bankruptcy Code.

Carvana is the owner and holder of a *two* purchase money security agreement covering collateral described as:

2017 GMC Terrain, VIN 2GKALPEK3H6191807
and
2015 Chevrolet 1500 LS, VIN 14RJFAG4CC269222.

True and correct copies of the Retail Installment Contract and Purchase Money Security Agreement and Arizona Lien and Title Information Report evidencing Carvana's first, valid, prior and perfected security interest and lien upon the 2017 GMC Terrain are attached hereto as Exhibits "A" and "B" and are incorporated herein by reference. The balance due and owing to Carvana as of the date of the bankruptcy filing was $21,692.68, plus accrued and accruing

interest at the rate of 23.80% per annum. The contract requires monthly payments of $574.00. The Debtor, Angela Jeanette Brennan, entered this contract with Carvana on May 19, 2019.

True and correct copies of the Retail Installment Contract and Purchase Money Security Agreement and Arizona Lien and Title Information Report evidencing Carvana's first, valid, prior and perfected security interest and lien upon the 2015 Chevrolet 1500 LS are attached hereto as Exhibits "C" and "D" and are incorporated herein by reference. The balance due and owing to Carvana as of the date of the bankruptcy filing was $24,084.46, plus accrued and accruing interest at the rate of 18.74% per annum. The contract requires monthly payments of $594.00. The Debtor, Vincent Noel Brennan, entered this contract with Carvana on March 2, 2019.

**2017 GMC Terrain:**

The Debtors entered the financing with Carvana approximately 873 days prior to the date of the bankruptcy petition. The loan was incurred less than 910 days prior to the bankruptcy filing date and may not be crammed down. The Debtors' Chapter 13 Plan incorrectly lists Carvana's claim in the section (C)(5)(B)of the Plan for *modified secured claims,* however, the Plan correctly lists the balance owed to Carvana and provides to pay the full proof of claim balance.

However, the Debtors' Chapter 13 Plan provides for zero interest on Carvana's claim. Section 1325(a)(5)(B)(ii) of the United States Bankruptcy Code provides that interest payments must be made to secured creditors when secured claims are paid through a Chapter 13 Plan and stretched out and paid over time. Without interest the secured creditor will not be paid the present value of the claim, but rather an amount less than the claim amount. *Till v. SCS Credit Corp.,* 541 U.S. 465 (2004). The prime rate of interest plus a risk adjustment is typically used by the Courts. The Debtors must amend the plan to pay a reasonable rate of interest on the secured claim. Carvana will accept the rate of 5.25% as a reasonable rate of return, which is 2.0 points over the prime rate of interest which existed on the date of the bankruptcy petition.

Carvana is entitled to adequate protection of its secured claim on the 2017 GMC Terrain. The chapter 13 plan offers Carvana $217.00 per month for adequate protection. However, this amount is less than 1% of the value of the collateral. The Debtors' plan values the vehicle at $22,755.00. Local Rule 2084-6 provides that Carvana must be paid pre-confirmation adequate protection in the amount no less than 1% of the value of the collateral, beginning from the first plan payment received by the Trustee and continuing until Carvana begins to receive its usual plan payments on its secured claim. Based on the Debtors' valuation of the 2017 GMC Terrain, Carvana is entitled to adequate protection of $227.55 per month, commencing with the first plan payment. The Chapter 13 plan must be amended to increase the amount of adequate protection.

**2015 Chevrolet 1500 LS:**

The Debtors entered the financing with Carvana approximately 951 days prior to the date of the bankruptcy petition. The Debtors' Chapter 13 Plan correctly lists Carvana's claim in the section (C)(5)(B)of the Plan for *modified secured claims,* and also correctly recognizes that the value of the collateral is greater than the proof of claim balance, and therefore Carvana's claim must be paid in full.

However, the Debtors' Chapter 13 Plan provides for zero interest on Carvana's claim. Section 1325(a)(5)(B)(ii) of the United States Bankruptcy Code provides that interest payments must be made to secured creditors when secured claims are paid through a Chapter 13 Plan and stretched out and paid over time. Without interest the secured creditor will not be paid the present value of the claim, but rather an amount less than the claim amount. *Till v. SCS Credit Corp.,* 541 U.S. 465 (2004). The prime rate of interest plus a risk adjustment is typically used by the Courts. The Debtors must amend the plan to pay a reasonable rate of interest on the secured claim. Carvana will accept the rate of 5.25% as a reasonable rate of return, which is 2.0 points over the prime rate of interest which existed on the date of the bankruptcy petition.

Carvana will accept the adequate protection of $249.00 per month on the 2015 Chevrolet 1500 LS.

WHEREFORE, Carvana, LLC respectfully requests that the Chapter 13 Plan as proposed be denied confirmation until such time as Carvana's two secured claim will have a reasonable interest rate applied, and the adequate protection on the 2017 GMC Terrain is increased.

RESPECTFULLY SUBMITTED this 26th day of October, 2021.

PATRICIA DOYLE-KOSSICK, P.L.C.

/s/ *Patricia Doyle-Kossick*  SBN 010217
PATRICIA DOYLE-KOSSICK
Attorney for Carvana, LLC

Copy of the foregoing mailed
the 26th day of October, 2021 to:

Sandra C. Oswalt
Oswalt Law Group, PC
3933 S. McClintock Drive, Suite 500
Tempe, AZ  85282

Vincent Noel Brennan
Angela Jeanette Brennan
5408 Phillipsburg Drive
Raleigh, NC  27613

Edward J. Maney
101 N. First Avenue, Suite 1775
Phoenix, AZ  85003

*/s/ Patricia Doyle-Kossick*