**Arvind Nath Rawal**
**AIS Portfolio Services, LP**
**4515 N. Santa Fe Ave.**
**Oklahoma City, OK 73118**
**(800)495-1578 Office**
**(888) 455-6662 Toll Free**
**(817) 461-8070 Fax**

**BANKRUPTCY SERVICER FOR ALLY CAPITAL**

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ANGELA J BRENNAN | § | CASE NO. 21-07622-DPC-13 |
| VINCENT N BRENNAN | § § | CHAPTER 13 |
| DEBTOR(S) | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER     22    **

COMES NOW, AIS Portfolio Services, LP, bankruptcy servicer for Ally Capital, and files this its Notice of Withdrawal of Proof of Claim Number    22    filed by Sagar Patel and requests that its Claim filed in the above-styled and numbered case on    11/10/2021    be withdrawn.

Respectfully submitted,

/s/ Arvind Nath Rawal
Arvind Nath Rawal
AIS PORTFOLIO SERVICES, LP
4515 N. SANTA FE AVE.
OKLAHOMA CITY, OK 73118
(800)495-1578

BANKRUPTCY SERVICER FOR
Ally Capital

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 16th day of November, 2021.

/s/ Arvind Nath Rawal
Arvind Nath Rawal

**DEBTOR ATTORNEY:**
SANDRA C OSWALT
OSWALT LAW GROUP PC
3933 S MCCLINTOCK DRIVE STE 50
Tempe, AZ 85282

**TRUSTEE:**
EDWARD J MANEY
Trustee of the U.S. Bankruptcy Court
101 N. FIRST AVE., SUITE 1775
Phoenix, AZ 85003